UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David R. Myrland,                                                 Civil No. 13-CV-644 (PJS/TNL)

             Plaintiff,

v.                                                              **ORDER**

United States, U.S. Department of Justice,
Eric Holder and Scott Fisher,

             Defendants.

---

David R. Myrland, 40941-086, Unit 1, FCI – Sandstone, PO Box 1000, Sandstone, MN 55072;

Ericka R. Mozangue, Gregory G. Brooker and Pamela Marentette, United States Attorney's Office, 300 S 4th Street - Suite 600, Minneapolis, MN 55415.

---

       Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 12, 2013 (Docket No.3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action be summarily **DISMISSED** for lack of jurisdiction.

Date: 06/27/13                                    s/Patrick J. Schiltz
                                                            The Honorable Patrick J. Schiltz
                                                            United States District Court Judge
                                                            for the District of Minnesota